IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SOUSA | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4153 |
| WILLIAM P. JORDAN, et al | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on January 16, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                Michael E. Kunz
                                                Clerk of Court

                                                By:_____
                                                PATRICIA A. JONES
                                                Deputy Clerk
                                                Phone:267-299-7072

Date: August 28, 2002

Copies:      Cathy Luongo, Courtroom Deputy to Judge Surrick
                Docket Clerk - Case File

           Counsel:        Peter M. Hileman, Esq.
                             Morton F. Daller, Esq.

ARB2.FRM